UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THOMAS RAYMOND,

                            Plaintiff,         **ORDER**
                                               CV 11-5539 (JS)(ARL)

   -against-


TOTAL RECOVERY SOLUTIONS, LLC, et al.,

                            Defendants.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is defendant Total Recovery Solutions, LLC's letter dated December 22, 2011 apprising the court and the parties in this action that defense counsel Shari Sckolnick interned for the undersigned during the summer of 2006. Having received no objection from plaintiff and perceiving no conflict of interest with Ms. Sckolnick's representation of defendant, the undersigned directs that the case proceed in its normal course.

Dated: Central Islip, New York            SO ORDERED:
       February 13, 2012

                                                      _____/s_____
                                                      ARLENE ROSARIO LINDSAY
                                                      United States Magistrate Judge